UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BANK OF AMERICA, N.A., as Successor Trustee to LaSalle Bank National Association, as Trustee for the Registered Holders of Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2004-HQ4, a national banking company,

        Plaintiff,

        v.

Abolghassem Alizadeh, an individual, Kobra Alizadeh, an individual,

        Defendants.
                                        /

NO. CIV. 2:09-3557 WBS KJN

ORDER OF RECUSAL

----oo0oo----

        Because the spouse of one of my law clerks owns a small amount of stock in the Bank of America, I must recuse myself from this case for the reasons stated in Amstadter v. Bank of America, Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings,

1

1 making appropriate adjustments in the assignments of civil cases
2 to compensate for such reassignment.  All dates pending before
3 the undersigned judge are hereby vacated.
4 DATED:  March 22, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE