Steven G. F. Polard, Bar No. 90319
SPolard@perkinscoie.com
Jeffrey S. Goodfried, Bar No. 253804
JGoodfried@perkinscoie.com
Amir Gamliel, Bar No. 268121
AGamliel@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA  90067
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
Bank of America, N.A., as Successor Trustee to
LaSalle Bank National Association, as Trustee for
the Registered Holders of Morgan Stanley Capital I
Inc., Commercial Mortgage Pass-Through
Certificates, Series 2004-HQ4, a national banking
company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bank of America, N.A., as Successor Trustee to LaSalle Bank National Association, as Trustee for the Registered Holders of Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2004-HQ4, a national banking company,<br><br>            Plaintiff,<br><br>    v.<br><br>Abolghassem Alizadeh, an individual, Kobra Alizadeh, an individual;<br><br>            Defendants. | Case No. 2:09-CV-03557-JAM-KJN<br><br>[PROPOSED] ORDER RE REQUEST FOR COURT'S PERMISSION TO MAKE TELEPHONIC APPEARANCE<br><br>*(Request for Court's Permission to Make Telephonic Appearance filed concurrently)*<br><br>Date:       July 8, 2010<br>Time:      10:00 a.m.<br>Courtroom: 25, 8th Floor<br><br>Before the Honorable Kendall J. Newman |

1  Having heard the request by plaintiff Bank of America, N.A., as Successor Trustee to LaSalle Bank National Association, as Trustee for the Registered Holders of Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2004-HQ4, a national banking company ("Plaintiff") that the Court authorize the appearance of Plaintiff's counsel by telephone at the default judgment hearing (the "Hearing") against defendants Abolghassem Alizadeh, an individual and Kobra Alizadeh, an individual (collectively, "Defendants"), presently set for July 8, 2010 at 10:00 a.m.,

IT IS HEREBY ORDERED that Steven G. Polard, Esq. of Perkins Coie LLP, counsel of record for Plaintiff, is and shall be allowed to participate by telephone at the Hearing.

DATED: June 21, 2010

      /s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE