IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., as Successor Trustee to LaSalle Bank National Association, as Trustee for the Registered Holders of Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2004-HQ4, a national banking company, | |
| Plaintiff, | No. 2:09-cv-03557 JAM KJN PS |
| v. | |
| ABOLGHASSEM ALIZADEH, and individual, KOBRA ALIZADEH, an individual, | |
| Defendant. | ORDER |

This matter proceeds before the undersigned magistrate judge because defendants were, until recently, proceeding without counsel. See E. Dist. Local Rule 302(c)(21). Defendants recently filed an answer in this action that reflects that defendants are now represented by an attorney, Paul A. Warner, Esq. (See Answer, Dkt. No. 53; see also Joint Status Report at 4, Dkt. No. 56.) Although plaintiff and defendant Abolghassem Alizadeh have consented to proceed before a magistrate judge for all purposes in accordance with Local

////

1

Rule 301 (Dkt. Nos. 52, 55), defendant Kobra Alizadeh has not so consented.[1]  Because defendants are now represented by counsel, pretrial matters, other than discovery motions and other matters within the jurisdiction of the magistrate judge, should now be noticed before the United States District Judge assigned to this action.  See E. Dist. Local Rule 302(c)(21).

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred to the United States District Judge assigned to this action.  See E. Dist. Local Rule 302(c)(21).

2. All dates before the undersigned, including the September 29, 2011 status (pretrial scheduling) conference, are vacated.

3. Henceforth the caption on documents filed in this action shall be No. 2:09-cv-03557 JAM KJN.

IT IS SO ORDERED.

DATED:  September 16, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Eastern District Local Rule 301 provides, in relevant part: "Upon the consent of all appearing parties, the Magistrate Judges are specially designated to conduct any and all proceedings in any civil action, including the conduct of jury or nonjury trials, and to order the entry of final judgments, in accordance with Fed. R. Civ. P. 73 and 28 U.S.C. § 636(a)(5) and (c)."