Gabriel Liao, Bar No. 205897
GLiao@perkinscoie.com
Jeffrey S. Goodfried, Bar No. 253804
JGoodfried@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff BANK OF AMERICA, N.A., as Successor Trustee to LaSalle Bank National Association, as Trustee for the Registered Holders of Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2004-HQ4, a national banking company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., as Successor Trustee to LaSalle Bank National Association, as Trustee for the Registered Holders of Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2004-HQ4, a national banking company,<br><br>           Plaintiff,<br><br>      v.<br><br>ABOLGHASSEM ALIZADEH, an individual, KOBRA ALIZADEH, an individual,<br><br>           Defendants. | Case No. 2:09-cv-03557-JAM-KJN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Date:        January 22, 2014<br>Time:        9:30 a.m.<br>Courtroom:      6 |

For the reasons stated on the record during the hearing (the "Hearing") on the Court's Order to Show Cause why this matter should not be dismissed (the "OSC"), and based on the pleadings filed in response to the OSC, and based on appearances by counsel at the Hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that this action shall be and hereby is dismissed in its entirety with prejudice with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED: 2/12/2014                     /s/ John A. Mendez
                                     Hon. John A. Mendez
                                     United States District Court Judge